IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL A. ANGELUCCI | : CIVIL ACTION |
| | : |
| vs. | : |
| | : |
| GUITAR CENTER, INC. | : |
| *trading as* | : |
| GUITAR CENTER | : NO.  11cv6347 |

O R D E R

**AND NOW, TO WIT:**  this 3rd day of May, 2012, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**ALL PENDING MOTIONS ARE DISMISSED AS MOOT**.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:**        s/Rita L. Polkowski
              Rita L. Polkowski
              Deputy Clerk

Civ 2 (8/2000)
41(b).frm